```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
INCONTACT, INC.,                                                  :
                                                                  :
                                  Plaintiff,                      :
                                                                  :   24-CV-2861 (JMF)
                -v-                                               :
                                                                  :       ORDER
TACTICAL DIGITAL CORPORATION,                                     :
                                                                  :
                                  Defendant.                      :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On June 25, 2024, Plaintiff filed a notice of voluntary dismissal with respect to Defendants The Wish Group, Inc. and Wish Collaboration, Inc., ECF No. 20, which had previously filed a motion to dismiss the Complaint, ECF No. 17. The Wish Defendants' motion is thus DENIED as moot. On the same day, Plaintiff filed an Amended Complaint, ECF No. 21, and a motion to dismiss the counterclaims alleged by Defendant Tactical Digital Corporation, ECF No. 22; *see also* ECF No. 16.

      In light of Plaintiff's amendment, Defendant Tactical Digital Corporation (now the only Defendant) shall answer or otherwise respond to the Amended Complaint **within fourteen days of the amended filing**. *See* Fed. R. Civ. P. 15(a)(3). Accordingly, Plaintiff's motion to dismiss the counterclaims is DENIED as premature, without prejudice to renewal upon Defendant's response to the Amended Complaint.

      The Clerk of Court is directed to terminate ECF Nos. 17 & 22.

      SO ORDERED.

Dated: June 26, 2024
       New York, New York

                                                        JESSE M. FURMAN
                                                United States District Judge