UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                        :
  INCONTACT, INC.,                                                      :
                                                                        :
                                    Plaintiff,                          :          24-CV-2861 (JMF)
                                                                        :
            -v-                                                         :          ORDER
                                                                        :
  TACTICAL DIGITAL CORPORATION,                                         :
                                                                        :
                                    Defendant.                          :
                                                                        :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 16, 2024, Defendant filed a motion to dismiss the Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiff shall file any second amended complaint by **August 6, 2024**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **August 6, 2024**.  Defendant's reply, if any, shall be filed by **August 13, 2024**.

**The teleconference scheduled for tomorrow morning at 11:00 a.m. will proceed as scheduled**.  Finally, only Defendant's notice should be filed as a motion, not the memorandum in support of the motion.  Accordingly, the Clerk of Court is directed to terminate ECF No. 33.

SO ORDERED.

Dated: July 17, 2024
       New York, New York                                   _____
                                                            JESSE M. FURMAN
                                                            United States District Judge